**7/1/2015**                                          **COA No. 02-13-00611-CR**
**GUERRERO, DAMIEN          Tr. Ct. No. 1263552D          PD-0669-15**
On this day the Appellant's motion for extension of time to file petition for
discretionary review has been denied. A noncompliant petition was tendered
concurrently with this motion; the petition will not be filed and no further action will
be taken on this matter.

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *

**7/1/2015**                                                                 **COA No. 02-13-00611-CR**
**GUERRERO, DAMIEN        Tr. Ct. No. 1263552D**                    **PD-0669-15**
On this day the Appellant's motion for extension of time to file petition for discretionary review has been denied. A noncompliant petition was tendered concurrently with this motion; the petition will not be filed and no further action will be taken on this matter.

Abel Acosta, Clerk

DISTRICT ATTORNEY  TARRANT COUNTY
SHAREN WILSON
401 WEST BELKNAP
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *

**7/1/2015**                                                          **COA No. 02-13-00611-CR**
**GUERRERO, DAMIEN        Tr. Ct. No. 1263552D**                      **PD-0669-15**
On this day the Appellant's motion for extension of time to file petition for discretionary review has been denied. A noncompliant petition was tendered concurrently with this motion; the petition will not be filed and no further action will be taken on this matter.

Abel Acosta, Clerk

BARRY G.  JOHNSON
2821 E. LANCASTER
FT WORTH, TX  76103
* DELIVERED VIA E-MAIL *

**7/1/2015**                                          **COA No. 02-13-00611-CR**
**GUERRERO, DAMIEN**    **Tr. Ct. No. 1263552D**           **PD-0669-15**
On this day the Appellant's motion for extension of time to file petition for discretionary review has been denied. A noncompliant petition was tendered concurrently with this motion; the petition will not be filed and no further action will be taken on this matter.

Abel Acosta, Clerk

2ND COURT OF APPEALS  CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *